## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRYSTAL CASTILLO, *et al.*, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>ANTHONY BOBELU, *a/k/a* TONY )<br>BOBELU, *et al.*, )<br>)<br>Defendants. ) | Case No. CIV-12-0448-H |

### NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendant Charlotte Day hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order of the District Court entered on February 27, 2014 [Doc #136] denying Defendant Charlotte Day's Motion for Summary Judgment asserting qualified immunity.

Respectfully submitted,

s/ Kevin L. McClure
**KEVIN L. McCLURE, OBA # 12767**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N. E. 21st Street
Oklahoma City, Oklahoma  73105
Tele: (405) 521-3921   Fax: (405) 521-4518
Kevin.McClure@oag.ok.gov
*Attorney for Defendants Ruby Jones-Cooper, Charlotte Day and John Larsen*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mickey Walsh
Jerry Fraley,
Derek Franseen
BELLER, WALSH & WALSH, P.L.L.C
4508 N. Classen Boulevard
Oklahoma City, OK 73118
*Attorneys for Plaintiffs*

David M. Garrett
GARRETT LAW OFFICE, P.C.
616 S. Boston Ave., 2nd Floor
Tulsa, OK 74119
*Attorney for Plaintiffs*

Stephen M. Pike
P O Box 58236
Oklahoma City, OK 73157-8236
*Attorney for Defendants, Bobelu and Humphries*

David E. Lee
Emily Fagan
Lee Law Center, P.C.
6011 N. Robinson Ave.
Oklahoma City, OK 73118-7425
*Attorneys for Defendant Pavliska*

/s/ Kevin L. McClure
Kevin L. McClure