# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CRYSTAL CASTILLO,<br>2. LISA GARELL,<br>3. ANGELA GAYTAN,<br>4. DANA REEDER, and<br>5. NANCY ROBINSON,<br><br>      Plaintiffs,<br><br>v.<br><br>1. ANTHONY BOBELU aka TONY<br>   BOBELU, in his individual capacity,<br>2. RUSSELL HUMPHRIES,<br>   in his individual capacity,<br>3. BUD DOLAN,<br>   in his individual capacity,<br>4. RUBY JONES-COOPER,<br>   in her individual capacity,<br>5. JOHN LARSEN,<br>   in his individual capacity,<br><br>      Defendants. | Case No. CIV-12-448-HE |

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs, Crystal Castillo, Lisa Garell, Angela Gaytan, Dana Reeder and Nancy Robinson, in the above named case, hereby appeal to the United States Court of Appeals for the 10th Circuit from the February 27, 2014 granting of Defendants Ruby Jones-Cooper, Bud Dolan and John Larsen's Motions for Summary Judgment [Dkt. 136]. Additionally, Plaintiffs would state that the matter was set to be adminstratively closed on August 24, 2015. Therefore, it was deemed dismissed with prejudice as to the remaining Defendants on September 23, 2015. Accordingly, Plaintiffs'

Notice of Appeal from final disposition is timely.

Respectfully submitted,
WALSH & WALSH, P.L.L.C.

s/Derek S. Franseen
Micky Walsh, OBA No. 9327
Derek S. Franseen, OBA No. 30557
4508 N. Classen Boulevard
Oklahoma City, OK 73118
Telephone: (405) 843-7600
Facsimile: (405) 606-7050
mwalsh@beelerwalshwalsh.com
dfranseen@beelerwalshwalsh.com
*Counsel for Plaintiffs*

## CERTIFICATE OF ELECTRONIC FILING & NOTICE

I certify that on the 22nd day of October, 2015, I electronically filed the foregoing with the Coerk of the Court using the CM/ECF system, which shall send notification of the same to the following CM/ECF user:

Kevin L. McClure
Assistant Attorney General
Oklahoma Attorney General's Office
313 N.E. 21st St.
Oklahoma City, OK 73105
Kevin.McClure@oag.ok.gov
Attorneys for Jones-Cooper and Larson

Devan A. Pederson
Assistant Attorney General
Oklahoma Attorney General's Office
313 N.E. 21st St.
Oklahoma City, OK 73105
devan.pederson@oag.ok.gov
Attorneys for Dolan

s/Derek S. Franseen
Derek S. Franseen